COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-19-00335-CV |
| Style: | Alice Marie Gandy, et al. v. Robert Williamson, Estate of Jimmy Glen Williamson, deceased, Jimmy Williamson, P.C., Williamson & Rusnak, Cyndi Rusnak, and Cyndi Rusnak, PLLC |
| Date motion filed*: | March 10, 2020 |
| Type of motion: | Appellants' Unopposed Second Motion for Extension to File Reply Brief |
| Party filing motion: | Appellants |
| Document to be filed: | Reply |

Is appeal accelerated?

If motion to extend time:

| | |
|---|---|
| Original due date: | February 11, 2020 |
| Number of previous extensions granted: | 1    Current Due date: March 12, 2020 |
| Date Requested: | April 2, 2020 |

Ordered that motion is:

☑ Granted

If document is to be filed, document due: April 2, 2020

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____

_____

_____

Judge's signature: ____/s/ Julie Countiss_____
      ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: ____March 12, 2020_____